UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YAQUELIN VARGAS,<br><br>              Plaintiff,<br><br>v.<br><br>THE CITY OF NEW YORK, NEW YORK CITY POLICE DEPARTMENT ARTICLE II MEDICAL BOARD,<br><br>              Defendants. | Civil Action No. 15-cv-8016 (ER)(RLE) |

### PLAINTIFF'S NOTICE OF MOTION FOR LEAVE TO SUPPLEMENT HER COMPLAINT

**PLEASE TAKE NOTICE** that based upon the attached Memorandum of Law, the Declaration of Colleen M. Meenan and the exhibits annexed thereto, and all prior proceedings, Plaintiff Yaqueline Vargas, through her attorneys of record, Meenan & Associates, LLC, by Colleen M. Meenan, now comes before this Court to request an Order permitting her to supplement her initial complaint pursuant to Fed. R. Civ. P. 15(d), for the reasons set forth more fully in the attached materials, and for such other and further relief as this Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the directive issued by District Judge Edgardo Ramos, during the Court conference on May 4, 2016, any papers in opposition to this motion must be filed by July 6, 2016, and any reply must be filed by July 20, 2016.

Dated: New York, New York
       June 6, 2016

                                    Respectfully Submitted,

                                    Meenan & Associates, LLC
                                    *Attorneys for Plaintiffs*
                                    299 Broadway, Suite 1310
                                    New York, New York 10007
                                    (212) 226-7334
                                    By: _/s/ Colleen M. Meenan_
                                    Colleen M. Meenan (CM7439)

To:   Lawrence J. Profeta, Esq.
      Assistant Corporation Counsel
      *Attorney for Defendants*
      100 Church Street
      New York, New York 10007