**EXHIBIT 1**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: __8/23/2018__

**Meenan & Associates, LLC**
Attorneys At Law

299 Broadway, Suite 1310
New York, NY 10007
Phone: (212) 226-7334
Facsimile: (212) 226-7716
www.meenanesqs.com

By ECF

August 22, 2018

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square, Room 619
New York, New York 10007

> The application is __X__ granted
> ___ denied
>
> _[signature]_
> Edgardo Ramos, U.S.D.J
> Dated: __8/23/2018__
> New York, New York

Re:   Vargas v. City of New York, et al.
      Civil Action No.: 15-cv-8016 (ER)(RLE)
      **Plaintiff's Letter Motion on Consent for Leave to File Third Amended Complaint**

Dear Judge Ramos:

Our firm represents Plaintiff Yaquelin Vargas ("Plaintiff" or "Vargas") in the above-referenced action. Defendants are represented by Assistant Corporation Counsel, Lawrence J. Profeta and Kimberly Brown. Plaintiff submits this letter to request leave of the Court pursuant to Fed. R. Civ. P. 15(a) to file her proposed Third Amended Complaint, annexed hereto as **Exhibit 1**. Our office communicated with defense counsel and provided a copy of the enclosed Third Amended Complaint. On August 16, 2018 defense counsel advised that Defendants would consent to our application to amend.

Plaintiff's proposed Third Amended Complaint (**Ex. 1**), has been amended by the deletion of factual allegations asserted in the Second Amended Complaint [Dkt # 67], namely paragraphs numbered 80 through 91, as well as the deletion of some words set forth in paragraphs 66 and 92. The remaining allegations and causes of action are the same in the proposed Third Amended Complaint (**Ex. 1**), as compared to the Second Amended Complaint. [Dkt # 67].

Given Fed. R. Civ. P. 15(a) provides that the Court "should freely give leave [to amend] when justice so requires," as well as Defendants' consent to this application, and that judicial economy is served by permitting Plaintiff to file a pared down complaint, we respectfully ask the Court to grant Plaintiff's request to file her Third Amended Complaint, and issue an Order to that effect.

Yours truly,

_[signature]_
SHELLEY ANN QUILTY-LAKE
SQL: sql

Cc:   Colleen M. Meenan, Esq.; Lawrence J. Profeta, Esq.; Kimberly Brown, Esq. (*By ECF*)
Enc.